```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF ARKANSAS
                 TEXARKANA DIVISION
```

SHAWNTAIN KING, on behalf of                          PLAINTIFF
KEVIN FLORENCE, a minor

v.                       Case No. 06-4001

LINDA MCMAHON,[1]
Commissioner of the Social
Security Administration,                              DEFENDANT

## J U D G M E N T

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss plaintiff's case with prejudice.  **The parties have sixty days from entry of the judgment on the docket in which to appeal**.

IT IS SO ORDERED AND ADJUDGED this 15th day of February 2007.

                              /s/ Robert T. Dawson
                              HONORABLE ROBERT T. DAWSON
                              UNITED STATES DISTRICT JUDGE

---

[1]   Linda S. McMahon became the Social Security Commissioner on January 20, 2007.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon has been substituted for acting Commissioner Jo Anne B. Barnhart as the defendant in this suit

AO72A
(Rev. 8/82)